UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 16-01514-AB (MRWx) | Date: | May 18, 2016 |
|---|---|---|---|

| Title: | Niki-Alexander Shetty v. Wells Fargo Bank, National Association et al |
|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**     [In Chambers] Order To Show Cause Regarding Dismissal for Lack of Prosecution

Plaintiff(s) are ORDERED to show cause why this case should not be dismissed, for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

In the present case, it appears that one or more of these time periods has not been met.   Accordingly, the Court, on its own motion, orders Plaintiff(s) to show cause, in writing, on or before June 1, 2016, why this action should not be dismissed for lack of prosecution.   Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.   The Order to Show Cause will stand submitted upon the filing of Plaintiff(s) response.   Failure to respond to this Order to Show Cause will be deemed consent to the dismissal of the action.

> Plaintiff(s) obtained entry of default as to Defendant(s) **GF Mortgage Inc.**, pursuant to Fed. R. Civ. P. 55(a), but Plaintiff(s) have not sought default judgment, pursuant to Fed. R. Civ. P. 55(b).   Plaintiff(s) can satisfy this order by seeking default judgment or by notifying the Court that default judgment will not be sought, at which point the clerk will close this matter.

IT IS SO ORDERED.